**AETNA LIFE INSURANCE COMPANY, Plaintiff–Counter Defendant–Appellee,**

**v.**

**DFW SLEEP DIAGNOSTIC CENTER; et al., Defendants–Counter Claimants;**

DFW Sleep Diagnostic Center; Total Sleep Diagnostics Inc; Total Sleep Diagnostics of Kansas Inc; Total Sleep Diagnostics of Ohio Inc; Total Sleep Diagnostics of Indiana Inc; Total Sleep Diagnostic Billing Inc; Total Sleep Diagnostics of Georgia Inc; Sleep Specialties Inc; Defendants–Counter Claimants–Appellants.

No. 05–30343.

United States Court of Appeals, Fifth Circuit.

Sept. 13, 2006.

Richard Guy Duplantier, Jr., Natasha Zimmerman Wilson, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA, Plaintiff–Counter Defendant–Appellee.

Perry R. Staub, Jr., Larry E. Demmons, Taggart, Morton, Ogden, Staub, Rougelot & O'Brien, New Orleans, LA, Paul A. Lea, Jr., Covington, LA, for Defendants–Counter Claimants–Appellants.

Before JONES, Chief Judge, and REAVLEY, and PRADO, Circuit Judges.

PER CURIAM: *

Appellants, led by DFW Sleep Diagnostic Center, appeal the denial of their request for attorneys' fees under the Employment Retirement Income Security Act of 1974. 29 U.S.C. § 1132(g)(1). Analyzing the factors set forth in *Iron Workers Local No. 272 v. Bowen,* 624 F.2d 1255, 1266 (5th Cir.1980), the district court held that there was no basis for an award of attorneys' fees because Aetna's claims were not made in bad faith and the merits of the case presented complex issues.

The court has carefully reviewed this appeal in light of the briefs and pertinent parts of the record. Having done so, we find no reversible error of law or fact. We therefore AFFIRM for essentially the same reasons stated by the trial court.

**AFFIRMED.**